**Lonnie SNELLING, Plaintiff/Appellant,**

v.

**GENERAL MOTORS CORPORATION, et al., Defendants/Respondents.**

No. ED 89477.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 25, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 8, 2007.

Application for Transfer Denied
Jan. 22, 2008.

Lonnie Snelling, St. Louis, MO, pro se.

Heidi Kuns Durr, Gregg M. Lemley, Nicholas J. Lamb, David A. Dick, Ann Ahrens Beck, St. Louis, MO, George W. Reinbold, IV, Springfield, MO, for respondents.

Before LAWRENCE E. MOONEY, P.J., BOOKER T. SHAW and NANNETTE A. BAKER, JJ.

## ORDER

PER CURIAM.

Lonnie Snelling appeals the trial court's denial of his Rule 74.06(b)(4) motion. A written opinion would have no precedential value. We affirm. Rule 84.16(b)(5).